No. 10081.  STATE OF MONTANA on the relation of BRUCE M. SHELDON, County Attorney of Carter County, for the State of Montana, RELATOR AND PLAINTIFF, *v.* DISTRICT COURT OF THE SIXTEENTH JUDICIAL DISTRICT of the State of Montana, In and For the COUNTY OF CARTER,

and the HONORABLE W. R. FLACHSENHAR, Judge thereof, DEFENDANTS AND RESPONDENTS.

Submitted September 8, 1959.

Decided September 14, 1959.

344 Pac. (2d) 144.

PER CURIAM.

Original proceeding. Application for writ of review.

The application for the writ herein is denied and the proceeding ordered dismissed.